**Jarvell KNIGHT, Appellant,**

v.

**Gene STUBBLEFIELD,
et al., Respondents.**

No. ED 82431.

Missouri Court of Appeals,
Eastern District,
Division Five.

April 1, 2003.

Jarvell Knight, Pacific, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, MO, for respondents.

LAWRENCE E. MOONEY, Chief Judge.

Jarvell Knight appeals from a judgment denying his petition for writ of habeas corpus.

We are obligated to determine whether we have jurisdiction and if we lack jurisdiction to entertain an appeal, then it should be dismissed. *Fischer v. City of Washington,* 55 S.W.3d 372, 377 (Mo.App. E.D.2001). An appeal does not lie from a decision in a habeas corpus proceeding. *Bebee v. State,* 619 S.W.2d 363 (Mo.App. S.D.1981). Here, the appellant seeks to appeal from the judgment denying his writ of habeas corpus in the circuit court. Where a petition for writ of habeas corpus is denied, petitioner's remedy is by way of a successive application for writ of habeas corpus, not by appeal. *State ex rel. Bennett v. Gagne,* 623 S.W.2d 87, 89 (Mo.App. W.D.1981).

The appeal is dismissed for lack of an appealable judgment.

LAWRENCE G. CRAHAN and ROBERT G. DOWD, JR., JJ., concur.